UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASLEY VASS, individually, and on behalf of all others similarly situated, | * * * |
| Plaintiff, | * * |
| v. | * Civil Action No. 14-cv-13610-IT |
| BLUE DIAMOND GROWERS, | * * * |
| Defendant. | * |

ORDER

May 12, 2015

TALWANI, D.J.

After considering Magistrate Judge Kelley's April 22, 2015 Report and Recommendation [#45], and noting that there has been no objection, the court hereby ACCEPTS and ADOPTS the Report and Recommendation [#45] for the reasons set forth therein. Defendant's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) or, in the Alternative, Stay the Proceedings [#15] is DENIED.

IT IS SO ORDERED.

    /s/ Indira Talwani
United States District Judge