UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
CASLEY VASS, individually, and on behalf of
all others similarly situated,

                 Plaintiff,

                                   :   Civil Action No. 1:14-CV-13610-IT

      -vs.-

BLUE DIAMOND GROWERS,

                 Defendant.
---------------------------------------------------------------x

### JOINT MOTION TO CONTINUE INITIAL CONFERENCE

Plaintiff Casley Vass and Defendant Blue Diamond Growers respectfully submit this joint motion to continue the scheduling conference set for July 7, 2016. In support of this motion, the parties state as follows:

1. As discussed in previous filings, the parties have been in settlement discussions, including multiple mediation sessions, and have reached a tentative nationwide class settlement of this matter. The parties have worked through all of their issues regarding the settlement documents, which are now in final form. The only remaining issues to resolve are issues that Blue Diamond is working through with its insurance carrier. The parties expect to finalize a settlement of this action and to execute a settlement agreement shortly.

2. Based on this progress and in anticipation of finalizing the settlement, the parties filed on June 7, 2016 a joint motion to extend the deadline for plaintiff to oppose defendant's pending motion to dismiss or to stay on the basis of the primary jurisdiction doctrine. The Court granted that motion on June 8, 2016, setting a new deadline of July 14, 2016. The scheduling conference

set for July 7, 2016, however, was not addressed in the June 7 motion, and thus has remained on the calendar.

3. In the interest of preserving judicial resources and the parties' resources, and in light of the expected settlement, the parties respectfully request that the scheduling conference be continued for 30 days. The parties anticipate filing a motion to implement the settlement prior to that time.

**CONCLUSION**

WHEREFORE, the parties respectfully request that the Court enter an order continuing the scheduling conference for 30 days.

Respectfully submitted,

PLAINTIFF CASLEY VASS

/s/ Erica Mirabella
Erica Mirabella (BBO#676750)
MIRABELLA LAW
132 Boylston Street, 5th Floor
Boston, MA 02116
617-580-8270 (Tel)
617-583-1905 (Fax)
erica@mirabellaLLC.com

DEFENDANT BLUE DIAMOND GROWERS

/s/ Joshua L. Solomon
Joshua L. Solomon (BBO#657761)
POLLACK SOLOMON DUFFY LLP
133 Federal Street, Suite 902
Boston, MA 02110
617-439-9800 (Tel)
617-960-0490 (Fax)
jsolomon@psdfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on July 5, 2016.

/s/ Joshua L. Solomon
Joshua L. Solomon