UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
CASLEY VASS, individually, and on behalf of
all others similarly situated,

                Plaintiff,

    -vs.-

BLUE DIAMOND GROWERS,

                Defendant.
---------------------------------------------------------------x

Civil Action No. 1:14-CV-13610-IT

**JOINT MOTION TO EXTEND DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR STAY AND TO CONTINUE SCHEDULING CONFERENCE IN LIGHT OF SETTLEMENT**

    Plaintiff Casley Vass and Defendant Blue Diamond Growers respectfully submit this joint motion to extend the deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss or Stay and to continue the November 14, 2016 Scheduling Conference based on a nationwide class settlement.

    Plaintiff's counsel has filed similar cases against Blue Diamond Growers regarding the labeling statements on its Almond Breeze products in the following jurisdictions: United States District Court for the District of Massachusetts (this litigation), Los Angeles County Superior Court, United States District Court for the Eastern District of New York, and the Circuit Court of Washington County, Arkansas.

    The Parties have worked through all of their issues regarding the nationwide settlement documents, and the settlement agreement has been finalized and is in the process of being signed by all parties and counsel. The Parties' nationwide settlement resolves labeling claims concerning Blue Diamond Growers' Almond Breeze products, and Plaintiffs expect to submit the settlement agreement for preliminary court approval in the Arkansas case in the very near term. The settlement agreement calls for the dismissal of this action following final approval of the

settlement in the Arkansas case and upon the Effective Date of the settlement agreement.

Accordingly, the Parties respectfully request that the deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss or Stay be extended by an additional 90 days, from November 14, 2016 to February 13, 2017, and that the November 14, 2016 Scheduling Conference be re-set for a date on or after February 13, 2017.

## CONCLUSION

WHEREFORE, the parties respectfully request that the Court enter an order extending the deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss or Stay to February 13, 2017, and continuing the November 14, 2016 Scheduling Conference until on or after February 13, 2017.

Respectfully submitted,

| PLAINTIFF CASLEY VASS | DEFENDANT BLUE DIAMOND GROWERS |
|---|---|
| /s/ Erica Mirabella | /s/ Joshua Solomon |
| Erica Mirabella (BBO#676750) | Joshua L. Solomon (BBO#657761) |
| MIRABELLA LAW | POLLACK SOLOMON DUFFY LLP |
| 132 Boylston Street, 5th Floor | 133 Federal Street, Suite 902 |
| Boston, MA  02116 | Boston, MA  02110 |
| 617-580-8270 (Tel) | 617-439-9800 (Tel) |
| 617-583-1905 (Fax) | 617-960-0490 (Fax) |
| erica@mirabellaLLC.com | jsolomon@psdfirm.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on November 9, 2016.

/s/ Erica Mirabella
Erica Mirabella