UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
CASLEY VASS, individually, and on behalf of
all others similarly situated,
                                              :
                        Plaintiff,
                                              :   Civil Action No. 1:14-CV-13610-IT
            -vs.-
                                              :
BLUE DIAMOND GROWERS,
                        Defendant.            :
------------------------------------------------------------x
```

## JOINT STATUS REPORT

Pursuant to the Court's order during the November 15, 2016 conference, Plaintiff Casley Vass and Defendant Blue Diamond Growers respectfully submit this joint report regarding the status of the nationwide settlement.

On November 17, 2016, the court in *Townsend v. Blue Diamond Growers*, No. CV-14-958-4 (Circuit Court of Washington County, Arkansas), one of a number of parallel actions around the country, and the action through which approval of the settlement is being sought, orally granted preliminary approval of the nationwide class settlement. A written preliminary approval order entered on November 18, 2016. The *Townsend* court has scheduled a hearing on final approval for March 29, 2017.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF CASLEY VASS | DEFENDANT BLUE DIAMOND GROWERS |
| /s/ Erica Mirabella | /s/ Joshua L. Solomon |
| Erica Mirabella (BBO#676750) | Joshua L. Solomon (BBO#657761) |
| MIRABELLA LAW | POLLACK SOLOMON DUFFY LLP |
| 132 Boylston Street, 5th Floor | 133 Federal Street, Suite 902 |
| Boston, MA  02116 | Boston, MA  02110 |
| 617-580-8270 (Tel) | 617-439-9800 (Tel) |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on December 16, 2016.

                                          /s/ Joshua L. Solomon