UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
CASLEY VASS, individually, and on behalf of
all others similarly situated,
  :
            Plaintiff,
  :  Civil Action No. 1:14-CV-13610-IT
    -vs.-
  :
BLUE DIAMOND GROWERS,
            Defendant.  :
------------------------------------------------------------x

**JOINT STATUS REPORT**

Pursuant to the Court's order entered on February 7, 2017, Plaintiff Casley Vass and Defendant Blue Diamond Growers respectfully submit this joint report regarding the status of the nationwide settlement.

On March 29, 2017, the court in *Townsend v. Blue Diamond Growers*, No. CV-14-958-4 (Circuit Court of Washington County, Arkansas), one of a number of parallel actions around the country, and the action through which approval of the settlement was sought, granted final approval of the nationwide class settlement.

The parties respectfully request a 60-day continuance to allow time to finalize the *Townsend* settlement.

Respectfully submitted,

| PLAINTIFF CASLEY VASS | DEFENDANT BLUE DIAMOND GROWERS |
|---|---|
| /s/ Erica Mirabella | /s/ Joshua Solomon |
| Erica Mirabella (BBO#676750) | Joshua L. Solomon (BBO#657761) |
| MIRABELLA LAW | POLLACK SOLOMON DUFFY LLP |
| 132 Boylston Street, 5th Floor | 133 Federal Street, Suite 902 |

Boston, MA  02116  
617-580-8270 (Tel)  
617-583-1905 (Fax)  
erica@mirabellaLLC.com

Boston, MA  02110  
617-439-9800 (Tel)  
617-960-0490 (Fax)  
jsolomon@psdfirm.com

12633735.1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on March 31, 2017.

/s/ Erica Mirabella