**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

-------------------------------------------------------------x
CASLEY VASS, individually, and on behalf of
all others similarly situated,

                Plaintiff,

                                    Civil Action No. 1:14-CV-13610-IT

     -vs.-

BLUE DIAMOND GROWERS,

                Defendant.
-------------------------------------------------------------x

**ASSENTED TO MOTION TO EXTEND DEADLINE**

Plaintiff Casley Vass respectfully submits this assented-to motion to extend the deadline for plaintiff to file the paperwork necessary to terminate this case from June 5th, 2017, by two weeks, to June 19, 2017. In support of this motion, plaintiff states as follows:

1. On March 29, 2017, the court in *Townsend v. Blue Diamond Growers*, No. CV-14-958-4 (Circuit Court of Washington County, Arkansas), one of a number of parallel actions around the country and the action through which approval of the settlement was sought, granted final approval of the nationwide class settlement (the "Settlement").

2. On March 31, 2017, the Parties to this action requested a 60-day continuance to finalize the *Townsend* Settlement.

3. While the *Townsend* Settlement has been approved by the *Townsend* Court, a sole Objector remains in that matter, and a hearing has been scheduled for this Wednesday, June 7, 2017 to address the sole remaining objection to the Settlement.

4. Plaintiff is confident that this sole remaining objection is without merit, and notes that this Objector and her family have engaged in a pattern of filing numerous, equally unmeritorious

13546146.1

objections, containing identical language to the objection raised in the *Townsend* case, in other cases around the country.

5. Plaintiff expects that the *Townsend* Court will dismiss the final remaining objection at the time of, or shortly after, the hearing scheduled for this Wednesday, June 7, 2017.

6. In the interest of preserving judicial resources and the parties' resources, and in light of the expected dismissal of the remaining objection, plaintiff respectfully requests that the deadline to file the paperwork necessary to terminate this case be extended by two weeks, from June 5th, 2017 to June 19, 2017. Plaintiff anticipates filing the paperwork necessary to terminate this matter prior to that time.

## CONCLUSION

WHEREFORE, plaintiff respectfully requests that the Court enter an order extending the deadline for her to file the paperwork necessary to terminate this case be extended by two weeks, from June 5th, 2017 to June 19, 2017.

Respectfully submitted,

PLAINTIFF CASLEY VASS

/s/ Erica Mirabella
Erica Mirabella (BBO#676750)
MIRABELLA LAW
132 Boylston Street, 5th Floor
Boston, MA 02116
617-580-8270 (Tel)
617-583-1905 (Fax)
erica@mirabellaLLC.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on June 5, 2017.

/s/ Erica Mirabella
Erica Mirabella